AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of South Dakota

United States of America
*Plaintiff*
v.

Damon Vincent Jobin
*Defendant*

Case No. 4:18-CR-40132-01

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Damon Vincent Jobin,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☒ Order of the Court

This offense is briefly described as follows:

Failure to appear at 2/11/19 initial appearance

**WARRANT ISSUED:**
1:42 pm, Feb 11, 2019
MATTHEW W. THELEN, Clerk
By: _Debra Peterson_
Deputy Clerk

Name and title: Debra Peterson, Deputy Clerk

City and state: Sioux Falls, SD

RECEIVED 2019 FEB 11 PM 1:55 U.S. MARSHAL SIOUX FALLS, SD

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*